IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

NORMAN JOE LANGFORD,            )
                                )
    Plaintiff,                  )
                                )
vs.                             )   Case No.  CIV-08-0389-F
                                )
GRADY COUNTY DETENTION          )
CENTER, et al.,                 )
                                )
    Defendants.                 )

### ORDER

The Report and Recommendation of Magistrate Judge Valerie K. Couch is before the court.  (Doc. no. 93.)

Plaintiff is a prisoner appearing *pro se*, and his pleadings are liberally construed.  This action is brought under 42 U.S.C. § 1983, alleging violation of plaintiff's constitutional rights.

The Report recommends that Defendant Grady County Detention Center's Motion to Dismiss Plaintiff's Amended Complaint as Supplemented, be granted.  (Supplemented motion at doc. no. 62.)  Plaintiff filed a response to the motion stating that he has no objection to the motion.  (Doc. no. 82.)  The Report states that any objection to the Report must be filed by January 12, 2009.  No objection to the Report has been filed, and no extension of time within which to object has been requested.

After review of issues covered in the Report, with no objection having been filed, and having concluded that no further analysis is necessary, Magistrate Judge Couch's Report and Recommendation of December 22, 2008, is hereby **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.  Defendant Grady County Detention Center's Motion to Dismiss as Supplemented (doc. no. 62) is **GRANTED**.  Accordingly, defendant

Grady County Detention Center is dismissed as a defendant based on plaintiff's failure to state a claim upon which relief may be granted. Defendant Grady County Detention Center's Motion to Dismiss (doc. no. 35) and Plaintiff's Motion to Ask the Court to Release Grady County Detention Center as a Defendant in Plaintiff's Amended Complaint (doc. no. 71) are **STRICKEN** as moot.

This action remains referred to the Magistrate Judge.

Dated this 30th day of January, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0389p002.wpd